1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES; | Case No.: C07-5937 SI

**PROOF OF SERVICE ON SUMMONS**

Plaintiffs,

v.

SYDNEY G. WOLTKAMP, Individually and dba VINTAGE DRYWALL

Defendants.

///
///
///
///
///

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |
| ATTORNEY FOR **PLAINTIFFS** | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Bay Area Painters & Tapers Pension Fund, et al. vs. Sydney G. Woltkamp, individually and dba Vintage Drywall |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 075937 SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the United States District Court, San Francisco; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Dispute Resolution Procedures in the Northern District of California.

### Name: Sydney G. Woltkamp

**Date of Delivery:** 11/28/07
**Time of Delivery:** 1:05 p.m.

**Place of Service:**    7500 West Lane, #104
                         Stockton, CA 95210

**Manner of Service:** Personal Service – by handing documents to the party listed above.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 29th, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: David Sprenzel
Title: RPS, San Francisco # 1024

### PROOF OF SERVICE