Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SYDNEY G. WOLTKAMP, Individually and dba VINTAGE DRYWALL<br><br>Defendant. | Case No.: C07-5937<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

**TO THE CLERK:**

Please enter the default of defendant SYDNEY G. WOLTKAMP, Individually and dba VINTAGE DRYWALL, on the Complaint in the above-entitled action. This request is based on the fact that defendant has failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

Service was completed on November 28, 2007. The electronically-filed Proof of Service on defendants was filed with this Court on December 28, 2007.

-1-
REQUEST FOR ENTRY OF DEFAULT
Case No.: 07-5937 SI

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C 07-5937 Request for Entry of Default Judgment 122807.DOC

1 | No Answer or other response to the Complaint has been filed.

2 | I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
3 | entitled action, and that the foregoing is true of my own knowledge.

4 | Executed this 28th day of December 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____    _____
                                  Susan Illston
                                  United States District Court Judge

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On December 28, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

## REQUEST FOR ENTRY OF DEFAULT

**XXX MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business address(es) set forth below, in a sealed envelope fully prepared.

___ **FACSIMILE**, by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___ **UPS**, for delivery the following business day by placing same for collection by UPS to the business address(es) set forth below.

___ **PERSONAL DELIVERY**, by placing said document in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

**Sydney G. Woltkamp**
**7500 West Lane, #104**
**Stockton, CA 65210**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of December 2007, at San Francisco, California.

_____/s/_____
Andrea Gonzalez