**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

January 3, 2008

RE:  CV 07-05937 SI          BAY AREA PAINTERS-v- SYDNEY G WOLTKAMP

Default is entered as to defendant Sydney G. Wolkamp, individually and dba Vintage Drywall on January 3, 2008.

                                            RICHARD W. WIEKING, Clerk  
                                              /s/

                                            byYumiko Saito  
                                            Case Systems Administrator

NDC TR-4  Rev. 3/89