Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> SYDNEY G. VOLTKAMP, Individually and dba VINTAGE DRYWALL <br><br> Defendants. | Case No.: C07-5937 SI <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br><br> Date: February 29, 2008 <br> Time: 2:00 P M. <br> Location: 450 Golden Gate Avenue, San Francisco, CA <br> Courtroom: 10, 19th Floor |

Plaintiffs respectfully request that the Case Management Conference now scheduled for February 28, 2008 at 2:00 P.M.. be continued for approximately 60 days as follows:

1. This is an action to compel Defendants' payment to Plaintiffs of amounts due to Plaintiff employee benefit funds, as required under the Collective Bargaining Agreement to which they are signatory.

2. Defendants failed to appear or defend the action, and the clerk entered default in favor of Plaintiffs on January 3, 2008.

///

1    3.    Defendants nevertheless made some payments of amounts due, but a balance remains to be paid.

2    4.    Defendants today, through their attorney, agreed to stipulate to a judgment providing for a payment plan to satisfy all amounts due.

3    5.    Plaintiffs therefore request that the Case Management Conference be continued for 60 days, and that all other dates and deadlines in this action be vacated and continued, to allow the parties to draft and execute the necessary document to resolve this action.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 22nd day of February, 2008 at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to __4/25/08__ 2008 at 2:00 P.M. A Case Management Statement shall be filed by __4/18/08__ 2008. All calendar dates and deadlines are hereby vacated, to be reset at the Case Management Conference.

Dated: _____    _____/s/ Susan Illston_____
United States District Court Judge

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C07-5937SI Request for Continuance 022208.DOC

C07-5937 SI
REQUEST FOR CONTINUANCE CMC

**PROOF OF SERVICE**
*Case No. 07-5937 SI*

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 22, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Sydney G. Woltkamp** | **James E. Ganzer, Esq.** |
| **7500 West Lane #104** | **Ganzer & Williams** |
| **Stockton, CA 65210** | **1617 St. Marks Plaza, #A** |
| | **Stockton, CA 95207-7683** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of February, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C07-5937SI Request for Continuance 022208.DOC

C07-5937 SI
REQUEST FOR CONTINUANCE CMC