Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SYDNEY G. WOLTKAMP, Individually and dba VINTAGE DRYWALL<br><br>Defendant. | Case No.: C07-5937 SI<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 27, 2008, I served the following document:

**ORDER ON REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

-1-
**PROOF OF SERVICE**
Case No.: 07-5937 SI

1  Francisco, California, addressed as follows:

2      **Sydney G. Woltkamp**
    **7500 West Lane, #104**
3      **Stockton, CA 65210**

4
    **James E. Ganzer, Esq.**
5      **Ganzer & Williams**
    **1617 St. Marks Plaza, #A**
6      **Stockton, CA 95207-7683**

7  I declare under penalty of perjury that the foregoing is true and correct and that this

8  declaration was executed on this 27th day of February, 2008, at San Francisco, California.

9

10

11                                  /s/
                                Andrea Gonzalez

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28