1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (SAN FRANCISCO DIVISION)

11 | BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C07-5937 SI |
|---|---|
| Plaintiffs, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| SYDNEY G. VOLTKAMP, Individually and dba VINTAGE DRYWALL | Date: April 25, 2008
Time: 2:00 P M.
Location: 450 Golden Gate Avenue,
            San Francisco, CA
Courtroom: 10, 19th Floor |
| Defendants. | |

18
19      Plaintiffs respectfully request that the Case Management Conference now scheduled for
20 April 25, 2008 at 2:00 p.m. be briefly continued (for approximately 30 days) as follows:
21      1.    Defendants failed to appear or defend the action, and the clerk entered default in
22 favor of Plaintiffs on January 3, 2008.
23      2.    Even though Defendants elected not to appear in this action, Defendants
24 nevertheless made some payments of amounts due. A balance remains to be paid.
25      3.    Defendants through their attorney, agreed to stipulate to a judgment providing for a
26 payment plan to satisfy all amounts due. The Stipulation has been prepared and revised. Plaintiffs
27 understand that defendants will be forwarding the signature page shortly.
28

1      4.  Plaintiffs therefore request that the Case Management Conference be continued for 30 days, and that all other dates and deadlines in this action be vacated and continued, to allow the parties to draft and execute the necessary document to resolve this action.  In the event that defendants have not signed the Stipulation by that date, plaintiffs will file a Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 17th day of April, 2008 at San Francisco, California.

```
                                        SALTZMAN & JOHNSON
                                         LAWCORPORATION

                           By:   _____/s/_____
                                        Michele R. Stafford
                                        Attorneys for Plaintiffs
```

**IT IS SO ORDERED.**

The Case Management Conference in this action is hereby continued to _____**2008 at 2:00 P.M.**  A Case Management Statement shall be filed by _____**2008.**  All calendar dates and deadlines are hereby vacated, to be reset at the Case Management Conference.

Dated:_____              _____
                                           United States District Court Judge

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 17, 2008, I served the following document:

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**James E. Ganzer, Esq.
Ganzer & Williams
1617 St. Marks Plaza, #A
Stockton, California 95207-7683**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C07-5937 SI Request for Continuance 041708.DOC

**PROOF OF SERVICE**
<u>Case No. 07-5937 SI</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 22, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Sydney G. Woltkamp**<br>7500 West Lane #104<br>Stockton, CA 65210 | **James E. Ganzer, Esq.**<br>Ganzer & Williams<br>1617 St. Marks Plaza, #A<br>Stockton, CA 95207-7683 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of February, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C07-5937 SI Request for Continuance 041708.DOC