Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SYDNEY G. WOLTKAMP, Individually and dba VINTAGE DRYWALL<br><br>Defendant. | Case No.: C07-5937 SI<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

      I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

      On April 18, 2008, I served the following document:

**ORDER ON
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

-1-
PROOF OF SERVICE
Case No.: 07-5937 SI

P:\CLIENTS\PATCL\Vintage Drywall 3\Pleadings\C 07-5937 SI Proof of Service 041808.doc

1  Francisco, California, addressed as follows:

2  **James E. Ganzer, Esq.**
   **Ganzer & Williams**
3  **1617 St. Marks Plaza, #A**
   **Stockton, CA 95207-7683**
4

5  I declare under penalty of perjury that the foregoing is true and correct and that this

6  declaration was executed on this 18th day of April, 2008, at San Francisco, California.

7

8
                              _____/s/_____
9                                    Vanessa de Fábrega

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**PROOF OF SERVICE**
**Case No.: 07-5937 SI**