Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYDNEY G. WOLTKAMP, individually and dba VINTAGE DRYWALL,<br><br>Defendant. | Case No.: C07-5937 SI<br><br>**CONDITIONAL DISMISSAL WITHOUT PREJUDICE** |

The above-named plaintiffs, BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., hereby voluntarily and Conditionally Dismiss, without prejudice, defendant in the above entitled action, under Federal Rule of Civil Procedure 41(a).

1.  Defendant has entered into a Stipulation For Entry of Judgment ("Stipulation") requiring defendant to pay liquidated damages and interest due for contributions delinquencies which were the cause of this action. A true and accurate copy of that Stipulation is attached hereto as *Exhibit A*.

2.  In accordance with paragraph 7(b) of the Stipulation, plaintiffs may enter this Judgment upon declaration of default by a duly authorized representative of plaintiffs.

3. Upon defendant's full payment and compliance with all terms of the Stipulation, plaintiffs will file a Satisfaction of Judgment with the Court.

It is requested that the Court shall retain jurisdiction over this matter.

Dated: April 22, 2008  SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
           Michele R. Stafford
           Attorneys for Plaintiffs


IT IS SO ORDERED.

A Conditional Dismissal, without prejudice, is granted, and the Court shall retain jurisdiction over this matter.

Date:_____   _____
                                                     UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 23, 2008, I served the following documents:

**CONDITIONAL DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| Sydney G. Woltkamp | James E. Ganzer, Esq. |
| Vintage Drywall | Ganzer & Williams |
| P.O. Box 2568 | 1617 St. Marks Plaza #A |
| Lodi, CA 95241 | Stockton, CA 95207-7683 |

Sydney G. Woltkamp
7500 West Lane #104
Stockton, CA 65210

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**CONDITIONAL DISMISSAL**
Case No. C07-5937 SI

P://Clients/PATCL/VINTAGE DRYWALL 3/Pleading/Conditional Dismissal 042208.doc