Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYDNEY G. WOLTKAMP, individually and dba VINTAGE DRYWALL,<br><br>　　　　Defendant. | Case No.: C07-5937 SI<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following documents:

**ORDER on CONDITIONAL DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Sydney G. Woltkamp**<br>**Vintage Drywall**<br>**P.O. Box 2568**<br>**Lodi, CA 95241** | **James E. Ganzer, Esq.**<br>**Ganzer & Williams**<br>**1617 St. Marks Plaza #A**<br>**Stockton, CA 95207-7683** |
| **Sydney G. Woltkamp**<br>**7500 West Lane #104**<br>**Stockton, CA 65210** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega